UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYKE EDWARD NELSON,<br><br>Petitioner<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondent. | Case No. 2:20-cv-05879-JVS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, Respondent's motion to dismiss the Petition [Dkt. 14, "Motion"] and all related briefing [Dkts. 19, 21], the Report and Recommendation of United States Magistrate Judge [Dkt. 23, "Report"], and Petitioner's Objections to the Report [Dkt. 29]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: the

1  Motion is GRANTED; the Petition is DISMISSED WITHOUT PREJUDICE; and
2  Judgment shall be entered dismissing this action without prejudice.

5  DATE: February 22, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2