+

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYKE EDWARD NELSON,<br><br>Petitioner<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Respondent. | Case No. 2:20-cv-05879-JVS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed without prejudice.

DATE: February 22, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE